**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bridgehead Networks, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-3000970** | |
| 4. | **Debtor's address** | **Principal place of business** **10226 San Pedro Avenue** **San Antonio, TX 78216** Number, Street, City, State & ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** **PO Box 15675** **San Antonio, TX 78212** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **2810 N. Flores Street San Antonio, TX 78212** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://www.bridgeheadnetworks.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5182__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 13, 2019**
             MM / DD / YYYY

X  **/s/ Harry Nass**                                         **Harry Nass**
   Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Kell C. Mercer**                Date  **February 13, 2019**
   Signature of attorney for debtor            MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
Number, Street, City, State & ZIP Code

Contact phone  **(512) 627-3512**     Email address  **kell.mercer@mercer-law-pc.com**

**24007668 TX**
Bar number and State

# RESOLUTIONS OF THE BOARD OF DIRECTORS

## of

## BRIDGEHEAD NETWORKS, INC.

February 12, 2019

At the duly constituted meeting of the undersigned sole director (the "**Board**") of Bridgehead Networks, Inc. (the "**Corporation**"), held on February 12, 2019, the Board does hereby adopt the following resolutions:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that the Corporation be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officer of the Corporation, a petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Harry Nass, the President of the Corporation is hereby authorized, directed and empowered, on behalf of and in the name of the Corporation, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that Harry Nass, and such other officers of the Corporation as Harry Nass shall from time to time designate be, and each of them acting alone is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that Harry Nass, and such other officers of the Corporation as Harry Nass shall from time to time designate be, and each of them acting alone is, hereby authorized, directed and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under Chapter 11 of the Bankruptcy Code, and to include Harry Nass as a signing party on such accounts, as representative of the Corporation; and it is further

**RESOLVED**, that Harry Nass, and such other officers of the Corporation as Harry Nass shall from time to time designate be, and each of them acting alone is, authorized, directed and empowered to retain on behalf of the Corporation, the law firm Kell C. Mercer, P.C. as bankruptcy counsel, to represent the Corporation in the aforesaid Chapter 11 bankruptcy case and all other related matters in connection therewith and such other terms and conditions as the officers shall deem advisable; and it is further

**RESOLVED**, that Harry Nass is authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

_____
Harry Nass, Director

Fill in this information to identify the case:

Debtor name: **Bridgehead Networks, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0048 | | | | | | $63,846.76 |
| Bridgehead IT, Inc.<br>2810 N. Flores Street<br>San Antonio, TX 78212 | | | | | | $67,891.00 |
| Bud Griffin & Associates<br>5010 Terminal Street<br>Bellaire, TX 77401 | | | | | | $503.14 |
| Century Link/Level 3 Communications, LLC<br>PO Box 910182<br>Denver, CO 80291-0182 | | | | | | $8,994.06 |
| Century Link/Level 3 Communications, LLC<br>PO Box 910182<br>Denver, CO 80291-0182 | | | | | | $1,729.35 |
| Century Link/Level 3 Communications, LLC<br>PO Box 910182<br>Denver, CO 80291-0182 | | | | | | $1,312.26 |
| Century Link/Level 3 Communications, LLC<br>PO Box 910182<br>Denver, CO 80291-0182 | | | | | | $10,787.98 |

Debtor **Bridgehead Networks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Charles D. Houlihan, Jr**<br>75 West Street<br>Simsbury, CT 06070 | | | | | | $13,490.07 |
| **Cogent Communications, Inc.**<br>PO Box 791087<br>Baltimore, MD 21279-1087 | | | | | | $300.00 |
| **CPS Energy**<br>PO Box 2678<br>San Antonio, TX 78289 | | | | | | $2,654.41 |
| **Cummins Southern Plains**<br>PO Box 206039<br>Dallas, TX 75320-6039 | | | | | | $886.57 |
| **Flexential Colorado Corp.**<br>PO Box 732368<br>Dallas, TX 75373-2368 | | | | | | $3,100.00 |
| **Plum Interests**<br>115 Circle Street<br>San Antonio, TX 78209 | | | | | | $22,000.16 |
| **Spectrum Business**<br>PO Box 60074<br>City of Industry, CA 91716-0074 | | | Disputed | | | $37,485.00 |
| **Sprint**<br>PO Box 54977<br>Los Angeles, CA 90054-0977 | | | | | | $37.84 |
| **Texas Comptroller of Public Accounts**<br>1711 San Jacinto Blvd.<br>Austin, TX 78701 | | | Contingent<br>Unliquidated<br>Disputed | | | $15,526.07 |
| **Texas Comptroller of Public Accounts**<br>1711 San Jacinto Blvd.<br>Austin, TX 78701 | | | Contingent<br>Disputed | | | $491,050.17 |
| **Texas Comptroller of Public Accounts**<br>1711 San Jacinto Blvd.<br>Austin, TX 78701 | | | Contingent<br>Unliquidated<br>Disputed | | | $243,276.00 |

Debtor **Bridgehead Networks, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Virtual Telecom, Inc.**<br>**PO Box 15917**<br>**San Antonio, TX**<br>**78212** | | | | | | $202,003.77 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bridgehead Networks, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2019**      X **/s/ Harry Nass**
                                          Signature of individual signing on behalf of debtor

**Harry Nass**
Printed name

**President**
Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Texas, San Antonio Division

In re **Bridgehead Networks, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harry Nass**<br>**10226 San Pedro**<br>**San Antonio, TX 78216** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 13, 2019**  

Signature **/s/ Harry Nass**  
**Harry Nass**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas, San Antonio Division

In re  **Bridgehead Networks, Inc.**   Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　Chapter　**11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 13, 2019**　　　　**/s/ Harry Nass**
　　　　　　　　　　　　　　　　　**Harry Nass**/**President**
　　　　　　　　　　　　　　　　　Signer/Title

American Express
PO Box 650448
Dallas, TX 75265-0048


Bridgehead IT, Inc.
2810 N. Flores Street
San Antonio, TX 78212


Bud Griffin & Associates
5010 Terminal Street
Bellaire, TX 77401


Century Link/Level 3 Communications, LLC
PO Box 910182
Denver, CO 80291-0182


Charles D. Houlihan, Jr
75 West Street
Simsbury, CT 06070


Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087


Commerce Bank Texas
P.O. Box 97
Stockdale, TX 78160


CPS Energy
PO Box 2678
San Antonio, TX 78289


Cummins Southern Plains
PO Box 206039
Dallas, TX 75320-6039


Flexential Colorado Corp.
PO Box 732368
Dallas, TX 75373-2368


Harry Nass
10226 San Pedro
San Antonio, TX 78216

Hon. Ken Paxton
Texas Attorney General
209 West 14th Street, 7th Floor
Austin, TX 78701

Plum Interests
115 Circle Street
San Antonio, TX 78209

Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

Sprint
PO Box 54977
Los Angeles, CA 90054-0977

Texas Comptroller of Public Accounts
1711 San Jacinto Blvd.
Austin, TX 78701

Virtual Telecom, Inc.
PO Box 15917
San Antonio, TX 78212